IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 06-0127** |
| | ) | **Electronically Filed** |
| **VANDELL THOMAS PAGE** | ) | |

### Order Denying Motion Regarding
### Conditions of Confinement (Doc. No. 111)

The Court construes petitioner Vandell Page's Pro Se Letter Motion (Doc. No. 111) as a motion regarding his conditions of confinement in FCI-Oakdale, Louisiana and his planned transfer to a Federal Correctional Institution in California. As such, this Court has no jurisdiction to address such a motion.  Petitioner's recourse is to the District Court in Oklahoma pursuant to 28 U.S.C. § 2241, after exhausting any available administrative procedures with the Bureau of Prisons.

Accordingly, the Court will deny his motion without prejudice and, by this Order, will appoint and direct counsel previously appointed for defendant to consider petitioner's letter motion and, if counsel deems it appropriate, contact the BOP about petitioner's concerns. Counsel should contact the Deputy Clerk regarding the necessary CJA forms.

IT IS HEREBY ORDERED that Petitioner's Motion Regarding Conditions of Confinement (Doc. No. 111) is DENIED without prejudice.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:
Vandell Page, Pro Se
All ECF registered counsel